**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| TERRY MICHAEL LEE, )<br>    Plaintiff, )<br>v. )<br>)<br>GENERAL SESSIONS COURT FOR )<br>SHELBY COUNTY, TENNESSEE, et )<br>al., )<br>)<br>    Defendants. ) | No. 2:14-cv-02274-SHL-dkv |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; ORDER OF DISMISSAL**

On May 28, 2014, Magistrate Diane K. Vescovo issued a "Report and Recommendation for *Sua Sponte* Dismissal for Lack of Subject Matter Jurisdiction" (the "Report and Recommendation"). (See ECF No. 6.) In the Report and Recommendation, Judge Vescovo recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for lack of subject matter jurisdiction. (See ECF No. 6 at 10.) The copy of the report mailed to the plaintiff at the address provided to the Court was returned as undeliverable. No updated address information has been provided to the Court.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

The plaintiff has not informed the Court of his whereabouts and the time period for filing objections has elapsed. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 6) in its entirety.

Accordingly, Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 23rd day of June, 2014.

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE